IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINITE DATA, LLC<br><br>    Plaintiff,<br><br>v.<br><br>MASTERCARD,<br><br>    Defendant. | CIVIL ACTION<br><br>CASE NO. 13-cv-00262 |

**DECLARATION OF STEPHEN D. BLASE IN SUPPORT OF
MASTERCARD'S MOTION TO STAY**

I, STEPHEN D. BLASE, declare as follows:

1. I am the Data Center Engineering Manager at MASTERCARD, a position I have held since May of 2012. I am responsible for Data Center infrastructure and hardware layout.

2. I submit this declaration in support of MASTERCARD'S Motion to Stay. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. MASTERCARD is a user of Mellanox Technologies, Inc. ("Mellanox") products. MASTERCARD uses network equipment comprising InfiniBand interconnection technology provided by Mellanox, including Mellanox Infiniband network interface cards.

4. MASTERCARD is not involved in the research, design, or development of Mellanox's InfiniBand products. MASTERCARD is simply an end user of the InfiniBand equipment that Mellanox provides.

5. Upon investigation, and to the best of my knowledge, MASTERCARD has used and currently uses InfiniBand products supplied by Mellanox.

I declare under penalty of perjury that the foregoing is true and correct. Executed at St. Louis, Missouri on July 25, 2013.

*Stephen D. Blase*

Stephen D. Blase

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 29, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Alexander C.D. Giza, Esquire<br>Jeffrey Z.Y. Liao, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

　　　　　　　　　　　　　　　　　　　　*/s/ Rodger D. Smith II*
　　　　　　　　　　　　　　　　　　　　Rodger D. Smith II (#3778)